JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KATHY MAYA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-00690-SSS-KKx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>Complaint Filed: November 14, 2022<br>Removal Date:　 April 19, 2023<br>Trial Date:　　　None Set |

| | |
|---|---|
| 1 | Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file. |

IT IS SO ORDERED.

Dated: January 2, 2024

_____
SUNSHINE S. SYKES
U.S. DISTRICT JUDGE